AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00137 |
| Matthew Schmitz | ) Assigned To : Harvey, G. Michael |
| | ) Assign. Date : 6/21/2023 |
| | ) Description: Complaint W/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*      Matthew Schmitz                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 06/21/2023                                       G. Michael Harvey *(Digitally signed by G. Michael Harvey, Date: 2023.06.21 13:23:34 -04'00')*
                                                                    *Issuing officer's signature*

City and state:      Washington, D.C.              G. Michael Harvey, U.S. Magistrate Judge
                                                                    *Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/21/23, and the person was arrested on *(date)* 6/22/23
at *(city and state)* Lindenhurst, NY.

Date: 6/22/23                                       *[signature]*
                                                                    *Arresting officer's signature*

                                                                    Kevin Gallagher, SA
                                                                    *Printed name and title*